■ In the Matter of ALAN DAVIS, Petitioner, v NEW YORK CITY DEPARTMENT OF SANITATION et al., Respondents. [593 NYS2d 1007] —Determination of the Department of Sanitation, dated December 17, 1990, unanimously confirmed, the petiton denied and the proceeding dismissed, without costs and without disbursements. *(See,* Civil Service Law § 76 [1].) No opinion. Concur—Murphy, P. J., Carro, Rosenberger and Asch, JJ.